

Courtney E. Scott
646-833-0890
cscott@tresslerllp.com

Attorneys at Law
One Penn Plaza
Suite 4701
New York, New York 10119
(646) 833-0900
Fax (646) 833-0877
www.tresslerllp.com

December 15, 2021

VIA ECF
Hon. Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007



Re:   *American Textile & Apparel, Inc. v. Sealand*
        Case No. 1:21-cv-7761-KPF

Dear Judge Failla:

We represent Plaintiff American Textile & Apparel, Inc. and write to request an adjournment of the telephonic Initial Pretrial Conference currently scheduled for December 22, 2021, as service of the Complaint was effected on December 14, 2021.

The Complaint was filed on September 16, 2021 and sent via mail with a Notice of Lawsuit and Request to Waive Service of Summons on October 4, 2021 to the registered agent for Defendant. Our office did not receive a returned Waiver of Service Form and no Answer was filed. We subsequently determined that the information in our file for the registered agent was incorrect and we effected personal service on the Defendant at its Florida headquarters on December 14, 2021. Defendant's Answer is currently due to be filed on January 4, 2022.

In light of the above, we respectfully request that the Initial Pretrial Conference be adjourned to a date after January 4, 2022.

There have been no previous requests for an adjournment or extension of time. Because service was recently effected, we have not had the opportunity to communicate with Defendant regarding this request, however, the adjournment should not prejudice Defendant.

Respectfully Submitted,

Courtney E. Scott

California | Illinois | New Jersey | New York | Pennsylvania

Application GRANTED.

The initial pretrial conference in this matter is hereby ADJOURNED to **January 5, 2022, at 11:30 a.m.**

The Clerk of Court is directed to terminate the motion at docket entry 10.

Dated:  December 15, 2021          SO ORDERED.
        New York, New York

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE