

Robert S. Crowder
310-203-4862
rcrowder@tresslerllp.com

Attorneys at Law
6100 Center Drive
Suite 1175
Los Angeles, CA 90045
(310) 203-4800
Fax (323) 486-2704
www.tresslerllp.com

December 30, 2021

**VIA ECF**

Hon. Katherine Polk Failla
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

    Re:   *American Textile & Apparel, Inc. v. Sealand*
           Case No. 1:21-cv-7761-KPF

Dear Judge Failla:

We represent Plaintiff American Textile & Apparel, Inc. and write to request an adjournment of the telephonic Initial Pretrial Conference currently scheduled for January 5, 2022.

The Defendant's responsive pleading is not due until January 4, 2022, as the Summons and Complaint were served on Defendant at its Florida headquarters on December 14, 2021. We have not yet heard from the attorneys who will be representing the Defendant in the litigation and are thus presently unable to confer with them on any required joint filings including the Proposed Civil Case Management Plan and Scheduling Order.

Accordingly, we respectfully request that the Initial Pretrial Conference be adjourned to a date after January 20, 2022 to allow sufficient time for Defendant's counsel to come up to speed.

The Court previously granted our prior request for an adjournment of the Initial Pretrial Conference from December 22, 2021 to the date on which it is currently set (ECF No. 11). We do not believe that the requested adjournment will prejudice the Defendant.

Respectfully Submitted,

Robert S. Crowder

LA# 4855-9275-3416_1 (11477-0093)

CALIFORNIA | ILLINOIS | NEW JERSEY | NEW YORK | PENNSYLVANIA

Application GRANTED.  The initial pretrial conference in this matter is hereby ADJOURNED to **January 26, 2022, at 10:30 a.m.**

The Clerk of Court is directed to terminate the motion at docket entry 14.

Dated:   January 3, 2022              SO ORDERED.
         New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE