UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN TEXTILE & APPAREL, INC., <br><br> Plaintiff, <br><br> v. <br><br> SEA LAND, <br><br> Defendant. | Case No.: 1:21-cv-7761-KPF <br><br> IN ADMIRALTY <br><br> ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE PROPOSED AMENDED COMPLAINT |

  Plaintiff American Textile & Apparel, Inc.'s Motion for Leave to Amend its Complaint in the above-captioned action is granted. The Proposed First Amended Complaint submitted with Plaintiff's Motion will be deemed filed concurrently with the entry of this Order.

  The Clerk of Court is directed to terminate the motion at docket entry 21.

Dated: March 1, 2022
   New York, New York

                   _____
                   Hon. Katherine Polk Failla
                   UNITED STATES DISTRICT JUDGE