USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/05/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

AMERICAN TEXTILE & APPAREL, INC.,

           Plaintiff,     **ORDER SCHEDULING TELEPHONE
                            && SETTLEMENT CONFERENCE**

  -against-

                             **21-CV-7761 (KPF)**

SEALAND,

           Defendant.
------------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

  This case has been referred to me for settlement purposes (docket no. 30). A telephone conference will be held on **Wednesday, October 12, 2022 at 11:00 a.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

  A settlement conference in this matter is scheduled for **Thursday, December 1, 2022 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **November 28, 2022 by 5:00 p.m.**

**SO ORDERED.**

Dated: October 5, 2022
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge