```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

AMERICAN TEXTILE & APPAREL, INC.,

                      Plaintiff,

        -against-

SEALAND,

                      Defendant.
-----------------------------------------------------------------X

**ORDER CONVERTING SETTLEMENT CONFERENCE TO VIDEO**

21-CV-7761 (KPF)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The settlement conference in this matter previously scheduled for **Thursday, December 1, 2022 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby **converted to Microsoft Teams.** Counsel for the parties will be sent an invitation by Judge Parker's chambers prior to the scheduled conference date. Pre-conference submissions must be received by the Court no later than **November 28, 2022 by 5:00 p.m.**

       SO ORDERED.

Dated: October 12, 2022
       New York, New York

                                                  _____
                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge